## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403


**REHEARING ACTION: September 27, 2017**


**Docket Number: 16   00734-CA**

**THEODULE P. NOEL, JR., ET AL.**
**VERSUS**
**THEODULE PIERRE NOEL, SR., ET AL.**

**Appealed from Vermilion Parish Case No. 96657**


**BEFORE JUDGES:**

    Hon. John D. Saunders
    Hon. Elizabeth A. Pickett
    Hon. Van H. Kyzar


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Samuel Shuffler, M.D., et al** has this day been

    **DENIED.**

And, that the application for rehearing filed by **Samuel J. Noel, et al** has this day been

    **DENIED.**


cc: Ralph Edward Kraft, Counsel for the Appellant
   R. Chadwick Edwards, Jr., Counsel for the Appellee
   Stephen Gary McGoffin, Counsel for the Appellee